■ In the Matter of ALSTORES REALTY CORPORATION, Respondent-Appellant, v CITY OF SYRACUSE et al., Appellants-Respondents. — Appeals unanimously dismissed, without costs, upon stipulation. (Appeals from order and judgment of Supreme Court, Onondaga County, Lynch, J. — Real Property Tax Law, art 7.) Present — Dillon, P. J., Callahan, Denman, Boomer and Schnepp, JJ.

■ In the Matter of LAURENCE J. BRASSEL et al., as Representative Brokers of BRASSEL-HIGGINS REAL ESTATE, INC., et al., Respondents, v BASIL A. PATERSON, as Secretary of State of State of New York, Appellant. — Judgment unanimously affirmed, with costs (see *Matter of Stowell v Cuomo,* 69 AD2d 9, affd 52 NY2d 208). (Appeal from judgment of Supreme Court, Erie County, Doyle, J. — art 78.) Present — Dillon, P. J., Callahan, Denman, Boomer and Schnepp, JJ.

■ In the Matter of GEORGE P. DOYLE. — Order entered terminating suspension and reinstating petitioner as an attorney and counselor at law. Present — Hancock, Jr., J. P., Callahan, Doerr, Boomer and Schnepp, JJ. (Order entered Jan. 21, 1983.)

■ In the Matter of FLORIAN CARL FLIERL. — Resignation accepted and name stricken from roll of attorneys. Present — Dillon, P. J., Hancock, Jr., Callahan, Boomer and Schnepp, JJ.

■ MARY VAUX, Respondent, v MELVIN VAUX, Appellant. — Motion granted and appeal dismissed on ground that appeal not timely taken (see *Hendry v Hilton,* 283 App Div 168). (Order entered Jan. 14, 1983.)